# ALABAMA COURT OF CRIMINAL APPEALS



November 17, 2023

**CR-21-0291**
Curtis Lee Johnson v. State of Alabama.  (Appeal from Cherokee Circuit Court: CC-20-900036).

# <u>NOTICE</u>

You are hereby notified that on November 17, 2023, the following action was taken in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk